UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

[redacted] 05 126 T

| | | |
|---|---|---|
| BEVERLY RESENDES,<br>Plaintiff<br><br>v.<br><br>LIFE INVESTORS INSURANCE<br>COMPANY OF AMERICA, et al.,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A.. No. |

## NOTICE OF REMOVAL

Defendants Life Investors Insurance Company of America ("Life Investors') and John E. Heiss file this Notice of Removal pursuant to 28 U.S.C. §1446.

1. On or about February 14, 2005, plaintiff Beverly Resendes initiated this action in Providence County Superior Court against defendants in her individual capacity and in her capacity as executrix of the Estate of Wayne Resendes, Sr. ("the estate") (Plaintiff Resendes and the estate are collectively referred to as "Plaintiffs"). Plaintiffs assert claims for breach of contract, bad faith, misrepresentation, intentional and negligent infliction of emotional distress, and violations of the Rhode Island Unfair Claims Settlement Practices Act for the alleged wrongful refusal to pay insurance benefits. A copy of plaintiffs' Superior Court complaint is appended hereto as Exhibit A.

2. On March 8, 2005, Life Investors received a letter dated February 28, 2005 from the Rhode Island Department of Business Regulation, Insurance Division, enclosing a summons and plaintiffs' complaint.

3. Plaintiffs served process on defendant Heiss personally on February 26, 2005, by personal service.

4. The complaint alleges that plaintiff Resendes is a Rhode Island resident.

5. Defendant Life Investors is a Iowa corporation with its principal place of business in Iowa. Defendant Life Investors has filed no pleadings in state court.

6. Defendant Heiss is a Rhode Island citizen who, at all times relevant to this action, was an agent for Life Investors. On or about March 14, 2005, defendant Heiss filed an answer and request for production in state court. As of the filing of this Notice of Removal, plaintiffs have not responded to defendant Heiss' request.

7. Plaintiffs seek compensatory and punitive damages in excess of ninety three thousand dollars ($93,000) and satisfy the minimum amount in controversy requirement as set forth in 28 U.S.C. § 1332.

8. Although plaintiffs' complaint, by itself, does not satisfy the complete diversity requirement of 28 U.S.C. § 1332, defendant Heiss is a fraudulently joined party.

9. Every count in plaintiffs' complaint makes allegations directed to, and seeks recovery from, both defendants collectively yet all allegations in plaintiffs' complaint focus on Life Investors' denial of insurance benefits. Plaintiffs' complaint does not assert a colorable claim against defendant Heiss and there is no reasonable basis for imposing liability against him. In fact, there is no possibility, based on Plaintiffs' complaint, that Plaintiffs can state a cause of action against defendant Heiss in state court.

10. As a fraudulently joined party, defendant Heiss is "disregarded in determining diversity of citizenship." Polyplastics, Inc. v. Transconex, Inc., 713 F.2d 875, 877 (1st Cir. 1983). Therefore, there is complete diversity as required by 28 U.S.C. § 1332.

11. All defendants consent to removal.

12. This Notice of Removal is being filed within the time period required by 28 U.S.C. §1446(b), specifically, it is hereby filed "within thirty days after receipt by defendant,

through service or otherwise, of a copy of an amended pleading, motion or other paper from which it may first be ascertained that the case is one which is or has become removable...."

13. Written notice of the filing of this Notice of Removal will be given to the adverse party as required by law.

14. A true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the Providence County, Rhode Island, Superior Court.

WHEREFORE, defendants Life Investors Insurance Company of America and John E. Heiss pray that this action stand removed from the Providence County Superior Court of Rhode Island to this Court.

Brooks R. Magratten, Esq., No. 3585
VETTER & WHITE
Attorneys for Defendant
Life Investors Insurance Company of America
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

James T. McCormick, Esq., No. 2614
McKENNA & McCORMICK
Attorneys for Defendant
John E. Heiss
128 Dorrance St., Suite 330
Providence, RI 02903-2814

Dated: March 25, 2005

CERTIFICATE OF SERVICE

To:
Wayne G. Resmini, Esq. No. 6373
RESMINI LAW ASSOCIATES
Attorneys for plaintiffs
207 Waterman Street
Providence, RI 02903

I hereby certify that I caused to be served on the above-named counsel of record a copy of the within Notice of Removal by mailing first class mail, postage prepaid, on the 25th day of March 2005.

[signature]