UNITED STATES DISRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BEVERLY RESENDES, Individually, BEVERLY RESENDES as Executrix of the Estate of Wayne M. Resendes a/k/a Wayne Manuel Resendes, Sr. Plaintiff | ) | |
| V. | ) | C.A. NO. 05 126T |
| LIFE INVESTORS INSURANCE COMPANY OF AMERICA, alias, JOHN HEISS, alias, DOE CORPORATION, DOE & DOE 1 thru DOE 50, INCLUSIVE Defendants | ) | |

## STIPULATION

***In the above-entitled cause, it is agreed that the following entry be made:***

That plaintiff, Beverly Resendes may have up to and including May 10, 2005 within which to file an Answer to defendant, Life Investor Insurance Company's Counterclaim.

Plaintiff,
By Her Attorney,

Wayne G. Resmini, Esq. (#6373)
Resmini Law Associates
207 Waterman Street
Providence, Rhode Island 02906

Dated: May 2, 2005

Defendants,
By Their Attorney,

Brooks R. Magratten, Esq. (# 3585)
Vetter & White
20 Washington Place
Providence, Rhode Island 02903

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE 5/9/05

To: James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street
Providence, Rhode Island 02903

**CERTIFICATION**

I hereby certify that on the 2nd day of May, 2005, I mailed first class, postage prepaid a true copy of the within Stipulation to Defense Counsel of Record as above.

Lisa A. Rollins

For Resmini Law Associates