UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BEVERLY RESENDES & BEVERLY RESENDES AS THE EXECUTRIX OF THE ESTATE OF WAYNE M. RESENDES, Plaintiff | |
| v. | C.A. NO.: 2005-0126T |
| LIFE INVESTORS INSURANCE COMPANY OF AMERICA et ALS., Defendant | |

**NOTICE OF WITHDRAWAL**
**OF**
**APPEARANCE**

Pursuant to the Federal Rules of Civil Procedure for the District of Rhode Island Civil Procedure Rule 11 ( c) please withdraw the appearance of Wayne G. Resmini as attorney for the plaintiff, Beverly Resendes, & Beverly Resendes as the Executrix of the Estate of Wayne M. Resendes.

I certify that I have served notice of withdrawal on Attorney Christopher Fay her new attorney and on all other parties in the manner provided in Rule 5(b).

Date: June 23, 2005

Wayne G. Resmini, Esq. #6373
207 Waterman Street
Providence, Rhode Island 02906
(401) 751-6655
(401) 751-6282 (facsimile)

**CERTIFICATION**

I, Wayne G. Resmini, do hereby certify that on this 23 day of June 2005 I mailed a true and accurate copy postage prepaid of my notice of Withdrawal of Appearance to:

Brooks R. Magratten, Esq.
Michael J. Daly, Esq.
Better & White
20 Washington Place
Providence, Rhode Island 02906

James T. McCormick, Esq.
McKenna & McCormick
128 Dorianne Street, Suite 330
Providence, Rhode Island 02903

Christopher E. Fay, Esq.
Fay Law Associates
917 Reservoir Avenue
Cranston, Rhode Island 02910-4436

US District Court
District of Rhode Island
One Exchange Terrace
Federal Building & Courthouse
Providence, Rhode Island 02903

For: Resmini Law Associates