UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BEVERLY RESENDES & BEVERLY RESENDES AS THE EXECUTRIX OF THE ESTATE OF WAYNE M. RESENDES, Plaintiff | |
| v. | C.A. NO.: 2005-0126T |
| LIFE INVESTORS INSURANCE COMPANY OF AMERICA et ALS., Defendant | |

**AFFIDAVIT OF ATTORNEY WAYNE G. RESMINI**

Now comes Wayne G. Resmini, *Esquire* Rhode Bar Number 6373 and under oath does depose and say as follows:

*1. I am an attorney licensed in the State of Rhode Island to practice law, and have been representing the plaintiff, Beverly Resendes in this matter since July of 2004.*

*2. On or about June 16, 2005, I received a Certified letter Return Receipt Requested from Attorney Christopher Fay* ***Exhibit A*** *attached to this affidavit.*

*3. Attached to the letter was a Release and Discharge signed by Beverly Resendes dated June 15, 2005* ***Exhibit B*** *attached to this affidavit.*

*4. Upon receipt of the letter from Attorney Christopher Fay of discharge I immediately contracted his office informing Attorney Fay that this matter was in suit and pending in Federal District Court of Rhode Island Civil Action Number 2005-0126T.*

*5. On June 17, 2005, I called Attorney Christopher Fay's Office informing him plaintiffs Beverly Resendes file was ready to picked up.*

*6. On June 23, 2005, plaintiff Beverly Resendes file was hand delivered to Attorney Christopher Fay office at 917 Reservoir Avenue in Cranston, Rhode Island.*

*7. There has been a break down in communications between the plaintiff, Beverly Resendes and my self.*

*8. I would ask this Honorable Court to Withdraw my appearance from Civil Action Number 2005-0126T based on Attorney Christopher Fay's letter of representation dated June 15, 2005* ***Exhibit A*** *and the Plaintiffs' Beverly Resendes Release and Discharge of my services dated June 15, 2005* ***Exhibit B****.*

Wayne G. Resmini, Esq. #6373
207 Waterman Street
Providence, Rhode Island 02906
(401) 751-6655
(401) 751-6282 (facsimile)

**CERTIFICATION**

I, Wayne G. Resmini, do hereby certify that on this 23 day of June 2005 I mailed a true and accurate copy postage prepaid of the Above Affidavit to:

Brooks R. Magratten, Esq.
Michael J. Daly, Esq.
Better & White
20 Washington Place
Providence, Rhode Island 02906

James T. McCormick, Esq.
McKenna & McCormick
128 Dorianne Street, Suite 330
Providence, Rhode Island 02903

Christopher E. Fay, Esq.
Fay Law Associates
917 Reservoir Avenue
Cranston, Rhode Island 02910-4436

US District Court
District of Rhode Island
One Exchange Terrace
Federal Building & Courthouse
Providence, Rhode Island 02903

For: Resmini Law Associates