C. Vincent Fay

Kara M. Fay
Member RI, MA, MN & Fed. Bars

Christopher E. Fay
Member RI & Fed. Bars

Andrew L. Alberino, III
Member RI, CT & Fed. Bars

# Fay Law Associates, Inc.

917 Reservoir Avenue
Cranston, R.I. 02910-4436
(401) 944-9600
Fax (401) 942-7670

Michael A. DelSignore
Member RI, MA & Fed. Bars

William Elderkin, Jr.
Member RI Bar

Désirée M. Santilli
Member RI & Fed. Bars

Mark T. Fay
Claims Administrator

---

June 15, 2005

Wayne Resmini, Esq.
207 Waterman Street
Providence, RI 02919

**Via Certified Mail/Return Receipt Requested**

Re: BEVERLY RESENDES
Contract Dispute: 12/8/03
Husband/Deceased: Wayne Resendes

Dear Mr. Resmini:

Please be advised that this office has been retained by Ms. Resendes to represent her in her claims arising out of the aforementioned. Please forward a complete copy of her file and all relevant material to this office as soon as possible. We will certainly recognize your lien for quantum meruit.

Do not attempt to contact Ms. Resendes or you will be in violation of the Rules of Professional Conduct and the subject of Disciplinary Action.

Accordingly, enclosed please find the Release and Discharge Form reflecting her intentions.

Very truly yours,

Christopher E. Fay

CEF:gb
Enclosure