C. Vincent Fay

Kara M. Fay
Member RI, MA, MN & Fed. Bars

Christopher E. Fay
Member RI & Fed. Bars

Fay Law Associates, Inc.
917 Reservoir Avenue
Cranston, R.I. 02910-4436
(401) 944-9600
Fax (401) 942-7670

Member RI, CT & Fed. Bars

Desireé M. Santilli
Member RI & Fed Bars

John S. Ciolli
Member RI Bar

Richard P. Brederson
Member RI, MA & Fed. Bars

# RELEASE AND DISCHARGE

I, Beverly Resendes, of the City of Johnston in the State of Rhode Island, do hereby discharge and release my attorney(s), Wayne Resmini, regarding my Husband's life Insurance contract dispute, which occurred on or about 12-8-03.

WITNESS

CLIENT

DATED: 6-15-05