UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

BEVERLY RESENDES

v. CA No. 05-126-T

LIFE INVESTORS INSURANCE CO.,
et al

**ORDER DENYING PLAINTIFF'S MOTON TO WITHDRAW AS ATTORNEY**

Plaintiff's counsel's Notice of Withdrawal of Appearance has been treated as a Motion to Withdraw as Attorney for the Plaintiff. That motion is hereby denied without prejudice. The motion may be re-filed after the pending Motion to Remand is disposed of and all conditions of the June 28, 2005, letter from the Clerk's office to counsel are met or after successor counsel has entered an appearance.

By Order

Lucia Cristina Lagos

Deputy Clerk

ENTER:

Ernest C. Torres

Ernest C. Torres
Chief Judge

Date: July 12 , 2005