UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUL 18 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

BEVERLY RESENDES, Plaintiff

v. C.A. No. 05-0126/T

LIFE INVESTORS INSURANCE CO. OF AMERICA, et al., Defendants

**STIPULATION**

Plaintiff and defendants agree that the complaint may be dismissed with prejudice and without fees or costs.

Wayne G. Resmini, Esq., #6373
Resmini Law Associates
Attorneys for Plaintiff
Beverly Resendes
207 Waterman Street
Providence, RI 02903
(401) 751-6655

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant Life
Investors Insurance Company of America
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

James T. McCormick, Esq., #2614
McKenna & McCormick
Attorneys for Defendant
John E. Heiss
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

Date: July 18, 2005

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE 7/26/05