UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
AUG 11 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

BEVERLY RESENDES, Plaintiff )
v. ) C.A. No. 05-0126/T
LIFE INVESTORS INSURANCE CO. OF AMERICA, et al., Defendants )

**STIPULATION**

Plaintiff and defendants agree that the complaint and all counterclaims may be dismissed with prejudice and without fees or costs.

Wayne G. Resmini, Esq., #6373
RESMINI LAW ASSOCIATES
Attorneys for Plaintiff
Beverly Resendes
207 Waterman Street
Providence, Rhode Island 02903
(401) 751-6655
(401) 751-6282

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant Life Investors
Insurance Company of America
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

James T. McCormick, Esq., #2614
MCKENNA & MCCORMICK
Attorneys for Defendant John E. Heiss
128 Dorrance Street - Suite 330
Providence, Rhode Island 02903-2814
(401) 831-2970
(401) 751-1797 FAX

Dated: August 11, 2005

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE: 8/18/05